UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: WILLIAM A SHEVCHENKO                           ) Case No. 20 B 19644
                                                   )
                                    Debtor         ) Chapter 13
                                                   )
                                                   ) Judge: DONALD R CASSLING

## NOTICE OF MOTION

WILLIAM A SHEVCHENKO                               DAVID M SIEGEL
                                                   via Clerk's ECF noticing procedures

153 SIERRA PASS DR
SCHAUMBURG, IL 60194

Please take notice that on January 07, 2021 at 10:00 am., I will appear before the Honorable Judge
DONALD R CASSLING or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal
appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the
following:

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter
the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 161 414 7941 and the password is 619.
The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of
Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the
motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant
the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at  55 E Monroe St.,  Chicago, IL 60603 or by the methods indicated on
December 22, 2020.

                                                                    /s/ M. O. Marshall

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes M. O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On November 01, 2020 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Sch J - remove 2018 Kia payment of $355 auto paid; plan use funds from paid off auto to fund the
plan and primary residence language.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

                                                   Respectfully submitted,
                                                   /s/ M. O. Marshall

M. O. MARSHALL
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
CHICAGO, IL 60603
(312) 294-5900