## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:

William A Shevchenko

      Debtor

Chapter 13
Case No. 20-19644

NOTICE OF MOTION

PLEASE TAKE NOTICE that April 22, 2021 on at 9:30 a.m, I will appear before the Honorable Donald R. Cassling or any judge sitting in that judge's place and present the motion of Bank of America, N.A. for Relief from the Automatic stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. lf no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date: April 8, 2021

   /s/ Michael Dimand
Michael Dimand, Esq.

Marinosci Law Group
134 N LaSalle, Suite 1440
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021 a copy of the foregoing Notice of Motion and Motion

for Relief from Stay was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System.  Parties may access this filing through the

Court's system.

David M Siegel
o/b/o   William A Shevchenko
davidsiegelbk@gmail.com

M.O. Marshall
Trustee
ecf@55chapter13.com

Patrick S. Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov


I further certify that on April 8, 2021, a copy of the foregoing Notice of Motion and Motion

for Relief from Stay was was mailed by first-class U.S. Mail, postage prepaid and properly addressed

to the following:

William A. Shevchenko
153 Sierra Pass Drive
Schaumburg, IL 60194

/s/ Michael Dimand
Michael Dimand, Esq.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                          Chapter 13
                                                Case No. 20-19644

William A Shevchenko

            Debtor

**IMPORTANT NOTICE**

**Bank of America, N.A. ("BANA") is committed to helping its Consumer & Small Business clients experiencing hardship. Depending upon the circumstances of your case, BANA may be agreeable to a consensual resolution of this matter through, among other things, a Court approved temporary deferral of payments, a restructuring of payments, or a restructuring of payment amounts. If you, or where applicable any co-debtors, fall into this category, you or your counsel (if represented) should promptly contact the undersigned to discuss possible options.**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (COLLATERAL)**

Bank of America, N.A., ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain collateral of the Debtor more particularly described 2015 Kia Optima VIN# 5XXGR4A67FG409909 (the "Collateral"). The Required Statement is attached hereto as "Exhibit A", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1.      A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on November 1, 2020.

2.      A Chapter 13 Plan has been confirmed on January 28, 2021.

3.      As of the Petition Date, the Movant was the holder of a claim secured by 2015 Kia Optima, more particularly described in that certain Retail Installment Contract – Motor Vehicle –

Simple Interest  (the "Contract") as VIN#  5XXGR4A67FG409909, a copy of which is attached
hereto as "Exhibit B".

4.      Pursuant to that certain Contract, Movant is the holder of a security interest in the
Collateral. Movant perfected its security interest by placing its lien on the Collateral as evidenced
by the State of Illinois Certificate of Title of a Vehicle ("Title") relating thereto. A copy of the Title
is attached hereto as "Exhibit C".

5.      The Chapter 13 plan indicates post-petition payments will be paid by the Debtor to
Movant.

6.      As of March 23, 2021, there is a post-petition payment arrearage due and owing to
the Movant for December 30, 2020 through and inclusive of February 28, 2021 in the amount of
$650.49.

7.      As of March 23, 2021, the outstanding amount of the obligation under the Contract
less any partial payments or suspense balance is $9,960.57.

8.      The clean trade-in value of the Collateral is $10,975.00. The basis for such valuation
is the NADAguides Value Report attached hereto as "Exhibit D".

9.      Cause exists for relief from the automatic stay for the following reasons:

    a.   Movant is prohibited from protecting its interest in the subject Collateral
    due to the automatic stay.

    b.   Pursuant to 11 U.S.C. § 362(d)(1) and 362(d)(2), sufficient cause exists for
    the terminating of the automatic say as to the Movant, its collateral, and the
    proceeds thereof.

WHEREFORE, the Movant prays that the automatic stay be lifted so that the Movant may
be permitted to protect its security interest in the Collateral under applicable non-bankruptcy

laws; that the fourteen (14) day stay set forth in Bankruptcy Rule 4001 (a)(3) be waived; and for

all other relief that the Court may deem appropriate.

Dated this 8th day of April, 2021.

Respectfully submitted,

*/s/ Michael Dimand*
Michael Dimand, Esq.

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1440
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com